IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LONNIE L. WILSEY,

    Plaintiff,

v.                                        CASE NO. 1:06-cv-00113-MP-AK

L. MERRIT, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 31, Report and Recommendation of the Magistrate Judge, recommending that Defendants' Motions to Dismiss, Docs. 20 and 26, be granted, and that this case be dismissed for failure to state a claim. The Magistrate Judge filed the Report and Recommendation on Wednesday, July 11, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a de novo review of those portions to which an objection has been made. In this instance, however, no objections have been filed.

Although Defendants allege in their motions to dismiss that Plaintiff has failed to name defendants in his administrative grievances, as the Magistrate points out, this does not automatically render the grievance process unexhausted. See Jones v. Bock, 127 S.Ct. 910, 922 (2007). The Court agrees with the Magistrate that Defendants' motions must be denied on this ground. After reviewing Plaintiff's complaint, the Magistrate recommends dismissing this case for failure to state a claim. "A complaint is subject to dismissal for failure to state a claim if the allegations, taken as true, show the plaintiff is not entitled to relief." Id. at 920. The Court

agrees with the Magistrate that Plaintiff's allegation of denial of access to the courts fails to state a claim.  The claims that Plaintiff alleges Defendants impeded were all frivolous, and the complained-of conduct did not impede Plaintiff's capability to file any non-frivolous action.

Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 31, is adopted and incorporated by reference in this order.

2. Defendants' Motions to Dismiss, Docs. 20 and 26, are GRANTED, and this case is DISMISSED for failure to state a claim.

**DONE AND ORDERED** this   *14th* day of August, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge